MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>ANTHONY ADAMS,<br><br>    Defendant. | NO.  05-5182M<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND INDICTMENT DEADLINE |

Upon stipulation of the parties to continue the speedy indictment time to allow counsel to continue to investigate and negotiate this case, and upon the defendant's Waiver of Right to Speedy Indictment, the Court finds that such a continuance would serve the ends of justice, and that the failure to grant such continuance in this case would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, therefore,

//
//
//
//

ORDER GRANTING STIPULATED MOTION
TO EXTEND INDICTMENT DEADLINE    – 1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**

1 //

2     IT IS HEREBY ORDERED that the time to file an indictment be continued to

3 December 31, 2005.  The period of delay resulting from this continuance from November 30,

4 2005, to December 31, 2005, is hereby excluded for speedy trial purposes under 18 U.S.C.

5 §3161(h)(8)(A) and (B).

6     DONE this 21st day of November, 2005.

*[signature: Karen L. Strombom]*

Karen L. Strombom
United States Magistrate Judge

Presented By:

/s/
Russell V. Leonard
Attorney for Defendant

/s/
Michael Dion
Assistant United States Attorney

ORDER GRANTING STIPULATED MOTION
TO EXTEND INDICTMENT DEADLINE    – 2

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Ste. 400
Tacoma, Washington  98402
(253) 593-6710